**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ANGELIQUE BANNA** **PLAINTIFF**

**VS.** **No. 4:26-cv-00318 PSH**

**FRANK BISIGNANO, Commissioner,**
**Social Security Administration** **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of September, 2026.

UNITED STATES MAGISTRATE JUDGE